# UNITED STATES DISTRICT COURT

_____Judicial_____ **DISTRICT OF** _____Puerto Rico_____

**UNITED STATES OF AMERICA**

    **V.**

JORGE L. HERNANDEZ VELAZQUEZ      ***WARRANT FOR ARREST***

                                                                **CASE NUMBER: CR. 00-119-01 (DRD)**

To:     The United States Marshal
          and any Authorized United States Official

**YOU ARE HEREBY COMMANDED** to arrest **JORGE L. HERNANDEZ VELAZQUEZ**
                                                                                                  (Name)
and bring him or her forthwith to the nearest magistrate to answer a(n)

    [ ] Indictment          [ ] Information          [ ] Complaint

    [ ] Order of Court      [ ] Violation Notice    [ X ] Supervise Release Violation Petition

charging him or her with (brief description of offense)

     Violation of several of his supervision conditions as specified in the motion filed by USPO.

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ               United States District Judge
Name of Issuing Officer                             Title of Issuing Officer

By: ***S/ Omar Flaquer Mendoza***        November 3, 2004 at Hato Rey, Puerto Rico
Signature of Issuing Officer                            Date and Location

Bail fixed at $ _____    By: ***s/DANIEL R. DOMINGUEZ***
                                                                     Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest
================================================================================

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: JORGE L. HERNANDEZ VELAZQUEZ

ALIAS: Mark Velasquez & George Harris

LAST KNOWN RESIDENCE: VILLA MONSERRATE PUBLIC HOUSING PROYECT, BUILDING 3, APT. 35 AGUAS BUENAS, PR

LAST KNOWN EMPLOYMENT: Not Known

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____  WEIGHT: _____

SEX: Male   RACE:

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

U.S. MARSHAL NO: 19446-069

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: