Starting Time:11:20 A. m.
Ending Time: 11:23 p. m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                DATE: November 12, 2004

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Tere Mollfulleda         Cr. No: 00-119-01 (DRD)

==================================================================
ATTORNEYS:

United States of America

Plaintiff

v.

Jorge L. Hernández-Velázquez

Defendant(s)
==================================================================

Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. Daniel R. Domínguez, U. S. District Judge on November 3, 2004.

Defendant was advised of his rights and charges and was informed that a preliminary hearing on revocation of supervised release term will be held on November 18, 2004 at 9:30 a. m. before Justo Arenas, Chief U. S. Magistrate Judge. Defendant will remain in custody.

The Federal Public Defender was appointed to represent the defendant in this proceeding.

S/ Tere Mollfulleda
Tere Mollfulleda, Deputy Clerk