Starting time: 10:00  a.m.
Ending time: 10:02  a.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: November 18, 2004

HONORABLE JUSTO ARENAS, CHIEF U. S.  MAGISTRATE JUDGE

COURTROOM DEPUTY:  Tere Mollfulleda            Cr. No: 00-119-01 (DRD)

COURT REPORTER: FTR

COURT INTERPRETER: Marie Hernández            PO: Raúl González
===============================================================
                                        ATTORNEYS:

United States of America                    Evelyn Canals

Plaintiff

v.

Jorge L. Hernández-Velázquez                Víctor González

Defendant(s)
===============================================================

Case called for PRELIMINARY HEARING ON REVOCATION OF SUPERVISED RELEASE.  Defense counsel stated that the defendant was not going to contest the information contained in the  motion filed by the Probation Officer.

After hearing defense counsel, Magistrate Arenas  stated that since defendant had failed to show cause why his term of supervised release should not be revoked,  he will  enter  his findings in a Report and Recommendation to the Judge stating  that there was probable cause to believe that the defendant had violated  his conditions of supervised release.  The case is hereby  referred to Judge Domínguez for a final revocation hearing and sentence.

S/ Tere Mollfulleda
Tere Mollfulleda, Deputy Clerk