IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff

v.                                                                          CRIMINAL 00-0119 (DRD)

JORGE L. HERNÁNDEZ VELÁZQUEZ,

Defendant

PROBABLE CAUSE DETERMINATION FOR VIOLATION
OF CONDITIONS OF SUPERVISED RELEASE

On October 25, 2004, Luz Enid Aponte Ortiz, United States Probation Officer, filed a motion notifying violations of the supervised release conditions and for arrest warrant. The arrest warrant was issued on November 3, 2004 and defendant was brought for initial appearance on November 12, 2004.

The show cause hearing was held November 18, 2004, in accordance with the provisions of Federal Rule of Criminal Procedure 32.1(a)(1). The releasee presented no information in relation to the allegations of the United States Probation Officer as to his violating standard condition No. 2.

In view of the above, the releasee having failed to show cause, I make a finding of probable cause that Jorge L. Hernández Velázquez has violated conditions of his supervised release. The releasee will therefore appear in court for a final revocation hearing and will then be subject to re-sentencing before the court.

At San Juan, Puerto Rico, this 19th day of November, 2004.

S/ JUSTO ARENAS
Chief United States Magistrate Judge