# UNITED STATES DISTRICT COURT

_____Judicial_____ **DISTRICT OF** _____Puerto Rico_____

**UNITED STATES OF AMERICA**

V.

JORGE L. HERNANDEZ VELAZQUEZ

*WARRANT FOR ARREST*

**CASE NUMBER: CR. 00-119-01 (DRD)**

To: The United States Marshal
and any Authorized United States Official

**YOU ARE HEREBY COMMANDED** to arrest **JORGE L. HERNANDEZ VELAZQUEZ**
(Name)
and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of Court      [ ] Violation Notice     [ X ] Supervise Release Violation Petition

charging him or her with (brief description of offense)

Violation of several of his supervision conditions as specified in the motion filed by USPO.

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ                         United States District Judge
Name of Issuing Officer                     Title of Issuing Officer

By: S/ *Omar Flaquer Mendoza*               November 3, 2004 at Hato Rey, Puerto Rico
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____        By:  s/DANIEL R. DOMINGUEZ
                                           Name of Judicial Officer

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 11-3-04 | NAME & TITLE OF ARRESTING OFFICER Carlos Otero TFA USMS | SIGNATURE OF ARRESTING OFFICER By: [signature] |
| DATE OF ARREST 11-12-04 | | |