## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE DANIEL R. DOMINGUEZ　　　　　　　Date: December 6, 2004

COURTROOM DEPUTY: Omar FLAQUER　　　　　　**CR NO: 00-119-01 (DRD)**

COURT REPORTER: Arthur PINEDA

COURT INTERPRETER: Marie HERNANDEZ　　　　　USPO: Luz E. APONTE

==============================================================

　　　　　　　　　　　　　　　　　　　　　　　<u>Attorneys:</u>

UNITED STATES OF AMERICA　　　　　　　　　　AUSA Rose VEGA

vs.

JORGE L. HERNANDEZ VELAZQUEZ　　　　　　　Juan MATOS DE JUAN, AFPD.

==============================================================

The defendant is present in court. He is <u> X </u> under custody <u>　</u> released.

　　　CASE CALLED FOR FINAL REVOCATION HEARING. After arguments heard, the Court found that the offender violated the conditions of the imposed supervised release term by not reporting to the probation office as directed, failing to follow the instructions of the probation office, and by testing positive to illicit drugs as not engaging in treatment as directed, as noted in the motion filed by the U.S. Probation Officer on October 25, 2004. Therefore, the supervised release term imposed on December 21, 2001 is hereby revoked.

　　　**IT IS THE JUDGMENT OF THE COURT** as to violation(s) <u>Standard condition No. 2, and Special condition No. 1.</u>

Imprisonment for a total term of **THREE (3) MONTHS.** Time served since November 12, 2004 shall be credited.

```
Cr. 00-119-01 (DRD)              Page 2
```

Supervise Release Term: TWELVE (12) MONTHS.

Fine: N/A Restitution: N/A  Special monetary assessment: N/A. All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc.

The defendant is remanded to the custody of the United States Marshal.

The defendant is advised by the Court, that this is the last opportunity for rehabilitation, if failed to comply with the terms and conditions imposed today, will be revoked and the maximum term of imprisonment shall be imposed.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk