# UNITED STATES DISTRICT COURT

| FOR THE | District of | PUERTO RICO |

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |

**Odalix SANTANA-MEGIA**

Case Number: 00-CR-119-01 (DRD)

USM Number: 11179-067

Victor GONZALEZ, Esq. AFPD.
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Standard Condition.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition | The defendant was charged and sentence to a federal violation. | April 4, 2004 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   None

Defendant's Date of Birth:   05/08/1974

Defendant's Residence Address:

33 Matias Martinez St. San Jose De Ocoa, Dominican Republic

Defendant's Mailing Address:

UNDER CUSTODY

February 17, 2005
Date of Imposition of Judgment

S/ DANIEL R. DOMINGUEZ
Signature of Judge

DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE
Name and Title of Judge

February 17, 2005
Date

Judgment — Page 2 of 2

DEFENDANT: **Odalix SANTANA-MEGIA**
CASE NUMBER: 04-CR-383-01 (DRD)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>**Six (6) MONTHS to be served consecutively to the sentence imposed in Cr. 04-179 (JAG).**</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ a _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL