# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                DATE: 2-15-06

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ      CR. 00-119-01 (DRD)

================================================================

UNITED STATES OF AMERICA

Plaintiff(s)

V.

JORGE L. HERNANDEZ-VELAZQUEZ         AFPD- CARLOS VAZQUEZ

Defendant(s)
================================================================

CASE CALLED FOR INITIAL APPEARANCE ON VIOLATION OF SUPERVISED RELEASE. Defendant is brought before the Court based upon an arrest warrant issued by Honorable Judge Domínguez on February 08, 2006. Defendant is informed as to the nature of the violations. The Federal Public Defender is appointed to represent Mr. Hernández-Velázquez. Preliminary Revocation Hearing is set for February 21, 2006 at 8:45 a.m.. Defendant shall remain committed.

S/ Carlos J. Rodríguez
Deputy Clerk