## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              DATE:2-21-06

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CR. 00-119-01 (DRD)

C. REPORTER : FTR

INT : MOISES HERNANDEZ        USPO : BENJAMIN BONILLA
==============================================================

UNITED STATES OF AMERICA        AUSA- SCOTT ANDERSON

Plaintiff(s)

V.

JORGE L. HERNANDEZ-VELAZQUEZ    AFPD- JUAN MATOS DE JUAN

Defendant(s)
==============================================================

CASE CALLED FOR SHOW CAUSE/ REVOCATION SUPERVISED RELEASE HEARING . Arguments by both parties heard . Magistrate Gelpí entered his findings as to probable cause . Report and Recommendation will be issued. Case is referred to Honorable Judge Domínguez for Final Revocation Hearing . Defendant shall remain committed .

S/ Carlos J. Rodríguez
Deputy Clerk