IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNTIED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>JORGE HERNANDEZ VELAZQUEZ<br><br>    Defendant | **CRIMINAL  NO.  00-119 (DRD)** |

### REPORT AND RECOMMENDATION

On this date, defendant was brought before the undersigned for a probable cause hearing as to alleged violations of his supervised release conditions. Defendant was represented by AFPD Juan F. Matos de Juan. The Government was represented by AUSA Scott Anderson.

Defendant accepted he violated condition No. 7. He further did not contest the fact that probable cause for his arrest was found at the state level for drug possession. Accordingly, the Court finds probable cause to the effect that defendant violated his conditions of supervised release.

Under the provisions of 28 U.S.C. § 636 and Local Rule 72(d), District of Puerto Rico, any party who objects to this report and recommendation must file a written objection thereto with the Clerk of the Court within ten (10) days of the party's receipt of this report and recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. Failure to comply with this rule precludes further appellate review. See Thomas v. Arn, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111(1986); Davet v. Maccorone, 973 F.2d 22, 30-31 (1st Cir. 1992).

**SO RECOMMENDED**.

Date:   February 21, 2006

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate Judge

Case 3:00-cr-00119-DRD    Document 77    Filed 02/22/2006    Page 2 of 2