## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMINGUEZ | Date: March 14, 2006 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 00-119-01 (DRD)** |
| COURT REPORTER: Donna W. DRATWA | |
| COURT INTERPRETER: Marie HERNANDEZ | USPO: Benjamin BONILLA |

========================================================================

<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Julia DIAZ REX |
| vs. | |
| JORGE L. HERNANDEZ VELAZQUEZ | Victor GONZALEZ, AFPD. |

========================================================================

The defendant is present in court. He is <u> X </u> under custody <u>  </u> released.

CASE CALLED FOR FINAL REVOCATION HEARING. After arguments heard, the Court found that the offender violated the conditions of the imposed supervised release term as noted in the motion filed by the U.S. Probation Officer on February 7, 2006. Therefore, the supervised release term imposed on December 6, 2004 is hereby revoked.

**IT IS THE JUDGMENT OF THE COURT** as to violations <u>Standard Condition, Standard condition Nos. 6, 7, 11.</u>

Imprisonment for a total term of **TWENTY-ONE (21) MONTHS.**

All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc.

The defendant is remanded to the custody of the United States Marshal.

As the statutory imprisonment term has been imposed, no additional term of supervised release was imposed.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk