# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

**Jorge L. HERNANDEZ-VELAZQUEZ**

Case Number: 00-CR-119-01 (DRD)
USM Number: 19446-069

Victor GONZALEZ BOTHWELL, ESQ. AFPD.
Defendant's Attorney

**THE DEFENDANT:**

x    admitted guilt to violation of condition(s)  Standard Condition, Standard Conditions Nos. 6, 7, and 11.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition | The defendant was arrested by local police for drugs possession. | January 30, 2006 |
| Standard Condition No. 6 | The defendant moved to a new address without notifying the Probation Officer. | May 27, 2005 |
| Standard Condition No. 7 | The defendant tested positive to marihuana, cocaine, and heroin. | January 17, 2006 |
| Standard Condition No. 11 | The defendant failed to notify the Probation Officer that was interrogated by the Puerto Rico Police. | September 30, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: NNN-NN-9750

Defendant's Date of Birth: 04/22/1977

Defendant's Residence Address:

Calle Muñoz Rivera #28 Altos

Aguas Buenas, PR 00703

Defendant's Mailing Address:

UNDER CUSTODY

March 14, 2006
Date of Imposition of Judgment

S/ DANIEL R. DOMINGUEZ
Signature of Judge

DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE
Name and Title of Judge

March 17, 2006
Date

DEFENDANT: **Jorge L. HERNANDEZ-VELAZQUEZ**
CASE NUMBER: 00-CR-119-01 (DRD)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **Twenty-One (21) Months.**

X  The court makes the following recommendations to the Bureau of Prisons:
It is strongly recommended that this defendant be afforded the maximum drug treatment in a qualify detention institution.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL