IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>JORGE HERNANDEZ-VELAZQUEZ<br>    Defendant | CRIMINAL NO. 00-119 (DRD) |

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

    Notice is hereby given by Jorge Hernandez-Velazquez, represented by the Federal Public Defender, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the *Judgment* and *Sentence* of March 14, 2006, by the Hon. Daniel R. Dominguez, United States District Judge for the District Court of Puerto Rico. The *Judgment* and *Sentence* was entered into the docket on March 17, 2006, as docket No. 81.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this March 27, 2006.

                                                **JOSEPH C. LAWS, JR**
                                                **Federal Public Defender**

                                                <u>Juan F. Matos de Juan</u>
                                                JUAN F. MATOS DE JUAN
                                                Assistant Federal Public Defender
                                                USDC-PR 207605
                                                241 F.D. Roosevelt Avenue
                                                San Juan, PR  00918-2305
                                                Tel. (787) 281-4922
                                                Fax (787) 281-4899

U.S. v. Jorge Hernandez
Crim. No. 00-119 (DRD)
Page  2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That a copy of the foregoing Motion was served on counsel for the government, U.S. Attorney H.S. García (**Attn: Assistant U.S. Attorney Scot Anderson**) via the District Court's electronic filing system.

<u>S/ Juan F. Matos de Juan</u>
**JUAN F. MATOS DE JUAN**
Assistant Federal Public Defender