# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** April 26, 2006

**DC #:** 00-119 (DRD)

| | | | |
|---|---|---|---|
| **APPEAL FEE PAID:** | YES ___ | NO _X_ | |
| **CASE CAPTION:** | USA v. | Hernández-Velázquez | |
| | Defendant: | Jorge L. Hernández-Velázquez (1) | |
| **IN FORMA PAUPERIS:** | YES _X_ | NO ___ | |
| **MOTIONS PENDING:** | YES ___ | NO _X_ | |

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Judgment for Revocation entered on 03/17/06

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                                                     **VOLUMES:**

**Docket Entries** 55,58,60-63,65-67,69-75,77-82                                                         I

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

**FRANCES RIOS DE MORAN**
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk