UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

DATE: September 8, 2006

DC #: 00-119 (DRD)

USCA #: 06-1698

CASE CAPTION: USA v. Hernández-Velázquez
Defendant: Jorge L. Hernández-Velázquez (1)

SPECIAL COMMENTS: Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS: VOLUMES:

**Docket Entry   85   (Transcript)**                                             I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñíz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk