AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO _____

UNITED STATES OF AMERICA

V.

JORGE HERNANDEZ VELAZQUEZ

**WARRANT FOR ARREST**

Case Number: 00-119-01 (DRD)

*RECEIVED AND FILED 2007 FEB -5 AM 11:03 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JORGE HERNANDEZ VELAZQUEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

S / DANIEL R. DOMINGUEZ
Signature of Issuing Officer

February 8, 2006
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 2-10-06 | NAME AND TITLE OF ARRESTING OFFICER CARLOS OTERO TFA | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 2-15-06 | | |