AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

JORGE HERNANDEZ VELAZQUEZ

**WARRANT FOR ARREST**

Case Number:  00-119-01 (DRD)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JORGE HERNANDEZ VELAZQUEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ
Name of Issuing Officer

S / DANIEL R. DOMINGUEZ
Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

February 8, 2006
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 2/8/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/15/2006 | ARRESTED BY TFA CARLOS OTERO PRFTF | BY: [signature] |